# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

OUTDOOR POWERHOUSE, LLC

VERSUS

BROWN & BROWN OF LOUISIANA,
LLC D/B/A BROWN & BROWN OF
BATON ROUGE AND KATIE CAVIN
AND LAURIE BONNER

NO.   2019 CW 1529

---

In Re:   Brown & Brown of Louisiana, LLC D/B/A Brown & Brown of
         Baton Rouge, Katy Cavin and Laurie Bonner, applying
         for supervisory writs, 21st Judicial District Court,
         Parish of Livingston, No. 153838.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,**[1] **JJ.**

   **WRIT DENIED.**

**VGW**
**WJB**

   **Guidry, J.,** concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.